UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants, | Case No.: 2:23-cv-09218 DMG (MRWx)<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [20]** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to the Complaint, currently due on January 3, 2024, be continued thirty (30) days until February 2, 2024.

**IT IS SO ORDERED.**

Dated: January 2, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1.