DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
LAUREN F. KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Petitioner and Plaintiff*
Pacific Pipeline Company

*Attorneys for Plaintiff*
Sable Offshore Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>  Petitioner and Plaintiff,<br><br>EXXON MOBIL CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>  Respondents and Defendants. | Case No. 2:23-cv-09218-DMG-MRW<br><br>**PETITIONER AND PLAINTIFF PACIFIC PIPELINE COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    Effective on or about February 14, 2024, Mobil Pacific Pipeline Company divested its exclusive ownership of shares in Pacific Pipeline Company ("PPC") to Sable Offshore Corp.

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the Central District of California, the undersigned counsel of record for PPC certifies that the following additional listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable this Court to evaluate possible disqualification or recusal:

    1. Sable Offshore Corp., Parent;

    Sable Offshore Corp. is a publicly traded corporation that has no corporate parent. No publicly held corporation owns 10% or more of Sable Offshore Corp.'s stock.

Dated: March 22, 2024

DAWN SESTITO
JUSTINE DANIELS
LAUREN KAPLAN

By: */s/ Dawn Sestito*
        Dawn Sestito

*Attorney for Petitioner and Plaintiff*
Pacific Pipeline Company

*Attorney for Plaintiff*
Sable Offshore Corp.