**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>          Petitioner and Plaintiff,<br><br>EXXON MOBIL CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>          Respondents and Defendants. | Case No. CV 23-09218-DMG (MRWx)<br><br>**ORDER RE STIPULATION FOR SUBSTITUTION OF PARTY PURSUANT TO FRCP 25(C) [25]** |

ORDER RE STIPULATION FOR
SUBSTITUTION OF PARTY

The Court having considered the Stipulation for Substitution of Party, and for good cause shown, hereby **APPROVES** the Stipulation.

Sable Offshore Corp. shall be substituted into this action as a Plaintiff in place of Exxon Mobil Corporation, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, for Plaintiffs' Fourth and Fifth Causes of Action.

Plaintiff Sable Offshore Corp. shall be added to the docket and caption in this action.

**IT IS SO ORDERED.**

DATED:  March 26, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR
SUBSTITUTION OF PARTY