# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>        Petitioner and Plaintiff,<br><br>EXXON MOBIL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>        Respondents and Defendants. | Case No. CV 23-09218-DMG (MRWx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE  [27]** |

The Court having considered the Joint Stipulation to Continue the Scheduling Conference, and for good cause shown, hereby **APPROVES** the Stipulation.

The Scheduling Conference, currently scheduled for April 5, 2024 at 9:30 a.m., is rescheduled for April 12, 2024 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: March 28, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE