UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-9218-DMG (MRWx) | Date | April 25, 2024 |
|---|---|---|---|

| Title | *Pacific Pipeline Company, et al. v. Santa Barbara County Planning Commission and Board of Supervisors* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:** **[IN CHAMBERS] SCHEDULING AND CASE MANAGEMENT ORDER (PHASE I)**

The parties shall comply with the attached Schedule for Phase I in this action. The Court bifurcates the action into two phases, as the parties have proposed. If this matter is not resolved on summary judgment, the Court will solicit further deadlines for Phase II.

The dates and requirements set forth in this Order are firm. The Court is unlikely to grant continuances, even if stipulated by the parties, unless the parties establish good cause through a proper showing.

The Court has established a cut-off date for the filing and service of motions for the Court's law and motion calendar. Counsel should consult the Court's Standing Order, provided at the commencement of this action, to determine the Court's requirements concerning motions. Counsel also may consult the Court's website at www.cacd.uscourts.gov>Judges' Procedures and Schedules>Hon. Dolly M. Gee for further information regarding motion procedures.

**IT IS SO ORDERED**.

Judge Dolly M. Gee
**SCHEDULE FOR PHASE I**

Case No.:   CV 23-9218-DMG (MRWx)     Title:   Pacific Pipeline Company, et al. v. Santa Barbara County Planning Commission and Board of Supervisors

| MATTER | COURT ORDERED DATE |
|---|---|
| **TRIAL**    [ ] Court  [ ] Jury <br> Duration Estimate: | n/a |
| **FINAL PRETRIAL CONFERENCE (FPTC)** <br> 4 wks before trial | n/a |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (by stip or motion, and includes hearing of motions to amend) | 7-12-24 |
| Non-Expert Discovery Cut-Off <br> (includes hearing of discovery motions) | N/A |
| Motion Cut-Off   (filing deadline) | 8/16/24 |
| Settlement Conference Completion Date | 6-21-24 |
| Joint Status Report re Settlement | 6-28-24 |
| Administrative Record to be Delivered to PPC | 6/18/24 |
| Motions to Supplement or Complete the Administrative Record | 7/19/24 |
| Defendants' MSJ; Administrative Record to be Filed | 8/16/24 |
| PPC's Cross-MSJ and Opposition to Board MSJ | 9/27/24 |
| Defendants' Reply on MSJ and Opposition to Cross-MSJ | 10/25/24 |
| PPC's Reply on Cross-MSJ | 11/22/24 |
| Hearing on Cross-MSJs | 12-13-24 @ 2:00 p.m. |