RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondents and Defendants
SANTA BARBARA COUNTY
PLANNING COMMISSION and
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff<br><br>SABLE OFFSHORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218-DMG (MRWx)<br><br>**DECLARATION OF MARY PAT BARRY IN SUPPORT OF STIPULATION TO CONTINUE SETTLEMENT CONFERENCE COMPLETION DATE AND DEADLINE FOR JOINT STATUS REPORT RE SETTLEMENT**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

I, Mary Pat Barry, declare as follows:

1. I am one of the attorneys of record for Respondents and Defendants SANTA BARBARA COUNTY PLANNING COMMISSION and BOARD OF

SUPERVISORS (collectively, "Defendants") in the above-entitled matter. If called as a witness, I could and would competently testify to the matters set forth herein of my own personal knowledge.

2. This declaration supports a stipulation and request by the parties in this case to continue (1) the settlement conference completion date for Phase I of this litigation from the current deadline of June 21, 2024 to July 19, 2024; and (2) the related joint status report regarding settlement from the current deadline of June 28, 2024 to July 26, 2024.

3. The reasons establishing good cause in support of an order granting the requested continuance of the settlement conference completion date and the deadline for the related joint status report regarding settlement are as follows:

   a. The Court entered its Scheduling and Case Management Order for Phase I of this litigation on April 25, 2024. (Doc. No. 32). The Court set June 21, 2024 as the deadline for completing the settlement conference for Phase I of this litigation and June 28, 2024 as the deadline for submitting a joint status report on the settlement conference.

   b. I determined that June 25, 2024 is the earliest available date for this matter to be placed on the County of Santa Barbara Board of Supervisors' Closed Session agenda.

   c. Because direction from the Board of Supervisors in Closed Session is necessary prior to participation in a settlement conference, I contacted counsel for Petitioner and Plaintiff Pacific Pipeline Company and Plaintiff Sable Offshore Corporation (collectively "Plaintiffs") to propose that the parties seek a continuance of the settlement conference completion date so that I could appear in Closed Session prior to attending a settlement conference.

   d. I met and conferred by telephone several times with Plaintiffs' counsel to discuss the settlement conference. The parties have agreed to attend mediation with the Honorable Mary H. Strobel (Ret.). If the Court grants the

parties' request to continue the settlement conference completion date, the parties intend to schedule a date for their settlement conference shortly after I appear in Closed Session on June 25, 2024, but seek additional time to complete the mediation to the extent the parties' and Judge Strobel's schedules do not align in late June or early July.

4.     For the reasons set forth above, the parties are requesting an order modifying the Court's Scheduling and Case Management Order for Phase I as follows:

Continuing (1) the settlement conference completion date from June 21, 2024 to July 19, 2024; and (2) the date for the related joint status report regarding settlement from June 28, 2024 to July 26, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2024 at Santa Barbara, California.

                                                                              /s/ - Mary Pat Barry
                                                                          MARY PAT BARRY

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950