RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondents and Defendants
SANTA BARBARA COUNTY
PLANNING COMMISSION and
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218-DMG (MRWx)<br><br>**FIRST JOINT STATUS REPORT RE SETTLEMENT**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

TO THIS HONORABLE COURT:

Pursuant to the Court's Scheduling and Case Management Order Re Jury Trial ("Order") (Doc. No. 32), Petitioner and Plaintiff Pacific Pipeline Company and Plaintiff Sable Offshore Corporation (collectively "Plaintiffs") and

Respondents and Defendants Santa Barbara County Planning Commission and Board of Supervisors (collectively "Defendants"), by and through their respective counsel, hereby submit this joint report regarding the status of settlement efforts in this matter.

In its Order, the Court set June 21, 2024 as the deadline for completing the settlement conference for Phase I of this litigation. On June 13, 2024, the parties submitted a Stipulation to Continue Settlement Conference Completion Date and Deadline for Joint Status Report Re Settlement ("Stipulation") (Doc. No. 33). By Stipulation, the parties requested that the Court continue the settlement conference completion date to July 19, 2024 and the due date for a joint report regarding settlement to July 26, 2024. The parties' request was filed due to Defendants' need for extra time to appear before the County's Board of Supervisors in Closed Session to seek settlement authority. The Court has not acted on the parties' Stipulation and the parties therefore file this joint report.

The parties are scheduled to attend mediation on July 10, 2024 with the Hon. Mary H. Strobel (Ret.). The Defendants' counsel will appear before the Santa Barbara County Board of Supervisors in Closed Session on July 9, 2024. The parties will file a second joint report regarding settlement on or before July 26, 2024.

Dated: June 28, 2024

RACHEL VAN MULLEM
COUNTY COUNSEL

By: */s/* - Mary Pat Barry
MARY PAT BARRY
Senior Deputy County Counsel
Attorneys for Respondents and Defendants SANTA BARBARA COUNTY PLANNING COMMISSION and BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

Dated: June 28, 2024                    O'MELVENY & MYERS, LLP

                                        By: */s/* - Lauren F. Kaplan
                                            Dawn Sestito
                                            Justine M. Daniels
                                            Lauren F. Kaplan
                                        Attorneys for Petitioner and Plaintiffs,
                                        PACIFIC PIPELINE COMPANY and
                                        SABLE OFFSHORE CORPORATION

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this joint status report, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 28, 2024

                                        By: */s/* - Mary Pat Barry
                                            Mary Pat Barry