UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants | Case No.: CV 23-9218-DMG (MRWx)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND JOINT STATUS REPORT DEADLINES [33]** |

Having considered the parties' joint stipulation to continue the deadlines to complete the mandatory settlement conference and to file a joint status report regarding settlement, and finding good cause therefor, the Court hereby **APPROVES** the joint stipulation.

(1) The settlement conference completion date in Phase I of this matter, currently scheduled for June 21, 2024, is continued, *nunc pro tunc*, to July 19, 2024; and

(2) the related deadline for the parties to file a joint status report regarding

1.

settlement, currently scheduled for June 28, 2024, is continued to July 26, 2024.

**IT IS SO ORDERED.**

Dated: June 28, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE