RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondents and Defendants
SANTA BARBARA COUNTY
PLANNING COMMISSION and
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff<br><br>SABLE OFFSHORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218-DMG (MRWx)<br><br>**SECOND JOINT STATUS REPORT RE SETTLEMENT**<br><br><br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

TO THIS HONORABLE COURT:

Pursuant to the Court's Scheduling and Case Management Order Re Jury Trial (Doc. No. 32) and Order Approving Joint Stipulation to Continue Settlement Conference and Joint Status Report Deadlines (Doc. No. 35), Petitioner and Plaintiff Pacific Pipeline Company and Plaintiff Sable Offshore Corp. (collectively "Plaintiffs") and Respondents and Defendants Santa Barbara County Planning Commission and Board of Supervisors (collectively "Defendants"), by

1.

and through their respective counsel, hereby submit this joint report regarding the status of settlement efforts in this matter.

The parties attended mediation on July 10, 2024 with the Hon. Mary H. Strobel (Ret.). While a settlement has not been reached as of this date, the parties are continuing to engage in discussions to resolve the subject of this litigation and will notify the Court promptly if a settlement is reached.

Dated: July 26, 2024                        RACHEL VAN MULLEM
                                            COUNTY COUNSEL


                                            By: */s/* - Mary Pat Barry
                                                MARY PAT BARRY
                                                Senior Deputy County Counsel
                                            Attorneys for Respondents and
                                            Defendants SANTA BARBARA
                                            COUNTY PLANNING COMMISSION
                                            and BOARD OF SUPERVISORS

Dated: July 26, 2024                        O'MELVENY & MYERS, LLP


                                            By: */s/* - Lauren F. Kaplan
                                                Dawn Sestito
                                                Justine M. Daniels
                                                Lauren F. Kaplan
                                            Attorneys for Petitioner and Plaintiffs,
                                            PACIFIC PIPELINE COMPANY and
                                            SABLE OFFSHORE CORP.


## Attestation re: Signatures of Registered CM/ECF Filers

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this joint status report, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 26, 2024
                                            By: */s/* - Mary Pat Barry
                                                Mary Pat Barry