RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondents and Defendants
SANTA BARBARA COUNTY
PLANNING COMMISSION and
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218-DMG (MRWx)<br><br>**STIPULATION TO MODIFY SCHEDULE FOR FILING ADMINISTRATIVE RECORD AND BRIEFING FOR PHASE I OF THIS LITIGATION; DECLARATION OF MARY PAT BARRY IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

TO THIS HONORABLE COURT:

WHEREAS this stipulation is based upon and supported by reason of the facts set forth in the Declaration of Mary Pat Barry filed concurrently with this stipulation,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Petitioner and Plaintiff Pacific Pipeline Company and Plaintiff Sable Offshore Corp. (collectively, "Plaintiffs") and Respondents and Defendants Santa Barbara County Planning Commission and Board of Supervisors (collectively, "Defendants"), by and through their respective counsel, that the Schedule for Phase I of this litigation as set forth in the Court's Scheduling and Case Management Order (Phase I) (Doc. No. 32) be modified as follows:

(1) the date for filing the administrative record and Defendants' motion for summary judgment be moved from August 16, 2024 to September 27, 2024;

(2) the date for filing Pacific Pipeline Company's ("PPC") cross-motion for summary judgment and opposition to Defendants' motion for summary judgment be moved from September 27, 2024 to October 18, 2024 and;

(3) the date for filing Defendants' reply to PPC's motion for summary judgment and Defendants' opposition to PPC's cross-motion for summary judgment be moved from October 25, 2024 to November 5, 2024.

The Parties further agree that all other remaining Phase I dates, including the November 22, 2024 deadline for PPC's reply in support of its cross-motion for summary judgment and the December 13, 2024 hearing on the parties' cross-motions for summary judgment shall remain as previously scheduled.

///
///
///
///
///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 7, 2024

Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL

By: */s/* - Mary Pat Barry
　　MARY PAT BARRY
　　Senior Deputy County Counsel
Attorneys for Respondents and
Defendants SANTA BARBARA
COUNTY PLANNING COMMISSION
and BOARD OF SUPERVISORS

Dated: August 7, 2024

Respectfully submitted,

O'MELVENY & MYERS, LLP

By: */s/* - Lauren F. Kaplan
　　Dawn Sestito
　　Justine M. Daniels
　　Lauren F. Kaplan
Attorneys for Petitioner and Plaintiffs,
PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this stipulation, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2024

By: */s/* - Mary Pat Barry
Mary Pat Barry

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

4.