RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Respondents and Defendants
SANTA BARBARA COUNTY
PLANNING COMMISSION and
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff<br><br>SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218-DMG (MRWx)<br><br>**DECLARATION OF MARY PAT BARRY IN SUPPORT OF STIPULATION TO MODIFY SCHEDULE FOR FILING ADMINISTRATIVE RECORD AND BRIEFING FOR PHASE I OF THIS LITIGATION**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, First St. Courthouse |

I, Mary Pat Barry, declare as follows:

1. I am one of the attorneys of record for Respondents and Defendants SANTA BARBARA COUNTY PLANNING COMMISSION and BOARD OF SUPERVISORS (collectively, "Defendants") in the above-entitled matter. If called as a witness, I could and would competently testify to the matters set forth herein of my own personal knowledge.

1.

2. This declaration supports a stipulation and request by the Defendants and Petitioner and Plaintiff PACIFIC PIPELINE COMPANY ("PPC") and Plaintiff SABLE OFFSHORE CORP. (collectively, "Plaintiffs") to modify the schedule for filing the administrative record and briefing for Phase I of this litigation as follows:

| Action | Current deadline | Proposed deadline |
|---|---|---|
| Defendants' MSJ; Administrative Record to be filed | 08/16/24 | 09/27/24 |
| PPC's Cross-MSJ and Opposition to Defendants' MSJ | 09/27/24 | 10/18/24 |
| Defendants' Reply on MSJ and Opposition to Cross-MSJ | 10/25/24 | 11/05/24 |

3. The reasons establishing good cause in support of an order granting the requested modification of the Schedule for Phase I are as follows:

    a. The Court entered its Scheduling and Case Management Order ("Order") for Phase I of this litigation on April 25, 2024. (Doc. No. 32). The Court's Order set dates for filing the administrative record, filing a motion for summary judgment, and filing a cross-motion for summary judgment. The hearing date for the motions is December 13, 2024.

    b. The parties attended mediation on July 10, 2024 with the Hon. Mary H. Strobel (Ret.) and subsequently filed their Second Joint Status Report Re Settlement ("Report") (Doc. No. 36). In their Report, the parties informed the Court that while no settlement was reached, the parties are continuing to engage in discussions to resolve the subject of the litigation.

    c. As part of that continuing effort, the parties have scheduled another mediation session with the Hon. Mary H. Strobel (Ret.) on August 15, 2024. This matter is expected to be further considered by the County of Santa Barbara Board of Supervisors in Closed Session on August 20, 2024.

d. Because the parties are continuing with mediation efforts that may eliminate the need for filing the administrative record, a motion for summary judgment, and a cross-motion for summary judgment, the parties believe it makes sense to modify the schedule for Phase I so that those filings, if necessary, will be due after the parties' next mediation and the Board's Closed Session.

e. Due to the uncertainty of whether or not mediation of this matter will succeed, the parties do not wish to change the scheduled date of December 13, 2024 for hearing a motion for summary judgment and cross-motion for summary judgment. Therefore, the proposed modified dates shorten the time for the parties to prepare some of their pleadings, however the date for filing the final pleading remains November 22, 2024 and the hearing date remains December 13, 2024.

4. For the reasons set forth above, the parties are requesting an order modifying the Court's Scheduling and Case Management Order for Phase I as follows:

(1) the date for filing the administrative record and Respondents' and Defendants' motion for summary judgment is moved from August 16, 2024 to September 27, 2024;

(2) the date for filing PPC's cross-motion for summary judgment and opposition to Defendants' motion for summary judgment is moved from September 27, 2024 to October 18, 2024 and;

(3) the date for filing Defendants' reply to PPC's motion for summary judgment and Defendants' opposition to PPC's cross-motion for summary judgment is moved from October 25, 2024 to November 5, 2024.

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of August, 2024 at Santa Barbara, California.

                                  /s/ - Mary Pat Barry
                                  MARY PAT BARRY