UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: CV 23-09218 DMG (MRWx)<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULE FOR FILING ADMINISTRATIVE RECORD AND BRIEFING FOR PHASE I OF THIS LITIGATION [37]** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Schedule for Phase I of this matter is modified as follows:

(1) the date for filing the administrative record and Defendants' motion for summary judgment is moved from August 16, 2024 to September 27, 2024;

(2) the date for filing Pacific Pipeline Company's ("PPC") cross-motion for summary judgment and opposition to Defendants' motion for summary judgment is moved from September 27, 2024 to October 18, 2024 and;

(3) the date for filing Defendants' reply to PPC's motion for summary judgment and Defendants' opposition to PPC's cross-motion for summary judgment is moved from October 25, 2024 to November 5, 2024.

All other remaining Phase I dates, including the November 22, 2024 deadline for PPC's reply in support of its cross-motion for summary judgment and the December 13, 2024 hearing on the parties' cross-motions for summary judgment, shall remain as previously scheduled.

**IT IS SO ORDERED.**

DATED: August 8, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE