UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br><br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>Respondents and Defendants. | Case No: 2:23-cv-09218 DMG (MRWx)<br><br><br><br>**[PROPOSED] ORDER ON STIPULATION TO VACATE ALL DATES AND STAY THE CASE IN LIGHT OF CONDITIONAL SETTLEMENT** |

     The Court, having considered the Parties' Stipulation and finding good cause therefore, ORDERS as follows:

     (1) The pending dates set forth in this Court's Scheduling and Case Management Order (Phase I) (Doc. No. 32), as modified on August 8, 2024 (Doc. No. 38), are hereby VACATED and the case is hereby STAYED;

     (2) Should the conditions set forth in the Parties' conditional settlement be met, the Parties shall file a request for dismissal with prejudice of the entire action within fifteen (15) days.

**IT IS SO ORDERED.**

Dated: _____  _____
                                             HON. DOLLY M. GEE
                                             CHIEF UNITED STATES DISTRICT JUDGE