**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PIPELINE COMPANY,<br><br>    Petitioner and Plaintiff,<br><br>SABLE OFFSHORE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br><br>SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS,<br><br>    Respondents and Defendants. | Case No: CV 23-09218-DMG (MRWx)<br><br>**ORDER ON STIPULATION TO VACATE ALL DATES AND STAY THE CASE IN LIGHT OF CONDITIONAL SETTLEMENT [39]** |

The Court, having considered the Parties' Stipulation and finding good cause therefor, ORDERS as follows:

(1) The pending dates set forth in this Court's Scheduling and Case Management Order (Phase I) [Doc. # 32], as modified on August 8, 2024 [Doc. # 38], are hereby VACATED and the case is hereby STAYED and ADMINISTRATIVELY CLOSED;

(2) Should the conditions set forth in the Parties' conditional settlement be met, the Parties shall file a request for dismissal with prejudice of the entire action within fifteen (15) days thereof; and

(3) If the conditional settlement has not been consummated and/or a request for dismissal has not been filed by December 19, 2024, the Parties shall file a Joint Status Report by that date.

**IT IS SO ORDERED.**

DATED: September 19, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

2.