DAWN SESTITO (S.B. #214011)
dsestito@omm.com
JUSTINE DANIELS (S.B. #241180)
jdaniels@omm.com
LAUREN F. KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
19th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

Attorneys for Petitioner and Plaintiffs,
PACIFIC PIPELINE COMPANY and
SABLE OFFSHORE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PACIFIC PIPELINE COMPANY, Petitioner and Plaintiff | Case No: 2:23-cv-09218-DMG (MRWx) |
| SABLE OFFSHORE CORPORATION, Plaintiff, v. SANTA BARBARA COUNTY PLANNING COMMISSION AND BOARD OF SUPERVISORS, Respondents and Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** Judge: Hon. Dolly M. Gee Courtroom: 8C, First St. Courthouse |

TO THIS HONORABLE COURT:

      PLEASE TAKE NOTICE that Petitioner and Plaintiff Pacific Pipeline Company and Plaintiff Sable Offshore Corp. (collectively "Plaintiffs") and Respondents and Defendants Santa Barbara County Planning Commission and Board of Supervisors (collectively "Defendants" and together with Plaintiffs, the "Parties") by and through their respective counsel, hereby stipulate as follows:

      1.     The Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages in the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      2.     Each party shall bear its own costs and fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: December 9, 2024         O'MELVENY & MYERS, LLP

                    By: */s/ Lauren Kaplan*
                    Dawn Sestito
                    Justine M. Daniels
                    Lauren F. Kaplan
                    Attorneys for Petitioner and Plaintiffs, PACIFIC PIPELINE COMPANY and SABLE OFFSHORE CORP

1    Dated: December 9, 2024                    RACHEL VAN MULLEM
2                                                COUNTY COUNSEL

3                                                By: */s/ Mary Pat Barry*

4                                                MARY PAT BARRY

5                                                Senior Deputy County Counsel
                                                 Attorneys for Respondents and
6                                                Defendants,
                                                 SANTA BARBARA COUNTY
7                                                PLANNING COMMISSION and
                                                 BOARD OF SUPERVISORS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF
VOLUNTARY DISMISSAL

## <u>Attestation re: Signatures of Registered CM/ECF Filers</u>

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Lauren Kaplan, as the filer of this stipulation, attest that all other signatories listed on the signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 9, 2024

By: <u>*/s/ Lauren Kaplan*</u>
     Lauren Kaplan

STIPULATION OF
VOLUNTARY DISMISSAL